UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER M. OWENS, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>IRIS CANADA, et al.,<br><br>           Defendants. | Case No. 16-cv-01387-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward M. Chen for consideration of whether the case is related to 16-cv-00514, *Owens et. al. v. Canada*.

**IT IS SO ORDERED.**

Dated: 3/28/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge